UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

_____

Portia Roberts,

                Plaintiff,

    v.

Diversified Adjustment Service, Inc.,

                Defendant.
_____

Civil Action No.: 2:16-cv-00275-WCO

## STIPULATED DISMISSAL WITH PREJUDICE

Plaintiff Portia Roberts and Defendant Diversified Adjustment Service, Inc., by and through undersigned counsel, have agreed to the Stipulated Dismissal of all claims asserted in this action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Plaintiff Portia Roberts dismisses *with prejudice* all claims asserted in this matter. Each party shall bear its own attorney's fees and costs.

## **CERTIFICATE OF FONT TYPE AND SIZE**

Undersigned counsel hereby certify that the foregoing has been prepared with Times New Roman 14-point Font, as approved in LR5.1C.

[SIGNATURES CONTAINED ON FOLLOWING PAGE.]

Respectfully submitted this 31st day of March 2017.

| **LEMBERG LAW, LLC** | **BEDARD LAW GROUP, PC** |
|---|---|
| */s/ Sergei Lemberg, Esq.* | */s/ Jonathan K. Aust, Esq.* |
| Attorney Bar No. 598666 | Georgia Bar No. 448584 |
| Attorney for Plaintiff Portia Roberts | Attorney for Defendant Diversified Adjustment Service, Inc. |
| 43 Danbury Road, 3rd Floor | 2810 Peachtree Industrial Boulevard |
| Wilton, CT 06897 | Suite D |
| Telephone: (203) 653-2250 ext. 5500 | Duluth, GA 30097 |
| Facsimile: (203) 653-3424 | Telephone: (678) 253-1871 |
| Email: slemberg@lemberglaw.com | Facsimile: (678) 253-1873 |
| | Email: jaust@bedardlawgroup.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2017, I electronically filed the foregoing STIPULATED DISMISSAL WITH PREJUDICE using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Jonathan K. Aust, Esq.
John H. Bedard, Jr., Esq.
Bedard Law Group, PC
2810 Peachtree Industrial Boulevard, Suite D
Duluth, GA 30097

/s/Sergei Lemberg, Esq.
Attorney Bar No. 598666
Attorney for Plaintiff

LEMBERG LAW, LLC
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424